UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0651 AG (FMOx)** | Date | April 29, 2011 |
|---|---|---|---|
| Title | APAPORN MILLER v. AMERICAN HOME MORTGAGE SERVICING, INC., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE: WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

On April 27, 2011, Defendants American Home Mortgage Servicing, Inc., and Power Default Services, Inc., removed this case from Orange County Superior Court. Plaintiff Apaporn Miller ("Plaintiff") filed suit regarding the pending foreclosure of his property. The Superior Court issued a Temporary Restraining Order ("TRO") enjoining Defendants from foreclosing on the subject property. The Superior Court set an Order to Show Cause why a preliminary injunction should not issue for May 11, 2011, and set the state court TRO to expire on May 11, 2011 as well.

The Court ORDERS that the pending TRO remains in effect until May 16, 2011. The Court sets an Order to Show Cause re: why a preliminary injunction should not issue, for hearing on May 16, 2011, at 10:00 a.m. Either party may submit papers regarding a preliminary injunction by May 9, 2011.

**CIVIL MINUTES - GENERAL**
Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0651 AG (FMOx)** | Date | April 29, 2011 |
|---|---|---|---|
| Title | APAPORN MILLER v. AMERICAN HOME MORTGAGE SERVICING, INC., et al. | | |

  : 0

Initials of Preparer   lmb